

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00432-CR

Rolando **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9296
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND CHIEF JUSTICE MARION (Ret.)
(sitting by assignment)

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 21, 2024.

Luz Elena D. Chapa, Justice